**IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.**

**Dated: October 14, 2009**



_Smrh/MaenGley_
_____
**SARAH S. CURLEY**
**U.S. Bankruptcy Judge**
_____

# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-23495/1100155916

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 2:08-bk-03528-SSC |
| Dwight A. Morris and Heidi S. Morris | Chapter 7 |
| Debtors. | ORDER |
| America's Servicing Company | |
| Movant, | (Related to Docket #51) |
| vs. | |
| Dwight A. Morris and Heidi S. Morris, Debtors, Jill H. Ford, Trustee. | |
| Respondents. | |

  Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

  IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated September 13, 2005 and recorded in the office of the Maricopa County Recorder wherein America's Servicing Company is the current beneficiary and Dwight A. Morris and Heidi S. Morris have an interest in, further described as:

Lot 20, UNIVERSITY SQUARE, according to Book 490 of Maps, Page 33, Records of Maricopa County, Arizona.

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtors may convert.

DATED this ____day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT